IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARSHALL,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY JAIL,<br><br>    Defendant.<br>_____/ | No. C 12-02849 YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

    Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983.

    In an Order dated December 5, 2012, the Court dismissed Plaintiff's complaint with leave to amend. The Court granted Plaintiff thirty days from the date of that Order to file an amended complaint. Plaintiff's amended complaint was due on January 4, 2013; however, to date he has not filed his amended complaint.

    Plaintiff has filed a request for an extension of time of "one year" in which to file his amended complaint on the grounds that he will be released from jail on March 18, 2013 and that he "need[s] to wait for [his] release and book a court date in the superior court to formally request the Sheriff Department Classification and Costody [sic] records for [him]self . . . ." (Pl.'s Mot. for EOT at 1.) He adds that he needs the extension in order to determine the dates of the alleged constitutional violations and to "provide the names of the Sgt. and Captains" involved and "hold them accountable." (*Id.* at 2.) Having read and considered Plaintiff's request,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED in part and DENIED in part. Plaintiff was initially given thirty days to amend his complaint, which should have given him ample opportunity to meet this deadline. The Court finds that a one-year extension is not warranted, but instead it will grant Plaintiff a ninety-one-day extension. Plaintiff shall file his amended complaint on or by **April 5, 2013.**

1   This Order terminates Docket no. 8.

2   IT IS SO ORDERED.

3
4   DATED: January 30, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California